Entered: May 15, 2018
Signed: May 15, 2018

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.: 18–11249 – DER    Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edward John Stana | Cynthia Lee Fuller |
| *debtor has no known aliases* | *debtor has no known aliases* |
| 1910 Towne Centre Boulevard | 1910 Towne Centre Boulevard |
| Apt. 1023 | Apt. 1023 |
| Annapolis, MD 21401 | Annapolis, MD 21401 |

Social Security No.:   xxx–xx–3196         xxx–xx–1838

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 1/30/18.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Charles R. Goldstein is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *admin*